# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM DRAKE, | 1:11-cv-02001-AWI-MJS (HC) |
| Petitioner, | ORDER DENYING MOTION FOR TRANSCRIPTS |
| v. | |
| SUZAN L. HUBBARD, et al., | [Doc. 33] |
| Respondents. | |

_____/

Petitioner is a state prisoner who previously filed a  pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 14, 2012, the Court dismissed Petitioner's petition as untimely under the Antiterrorism and Effective Death Penalty Act of 1996. On November 8, 2012, Petitioner filed a motion for transcripts of the hearing in which the District Court Judge reviewed and adopted the Magistrate Judge's findings and recommendation.

This case was addressed and resolved by both the Magistrate Judge and the District Court Judge after review of the written record.  No hearing was required or held. No hearing transcript has ever existed.

Accordingly, Petitioner's motion for transcripts is denied.

IT IS SO ORDERED.

Dated:    March 28, 2013           /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE